# Exhibit A

| SUMMONS - CIVIL | STATE OF CONNECTICUT | See other side for instructions |
|---|---|---|
| JD-CV-1 Rev. 9-14<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,<br>52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1 | **SUPERIOR COURT**<br>www.jud.ct.gov | TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint. |

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [X] "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | (203) 503-6800 | December 30, 2014 |

| Judicial District [X] / Housing Session [ ] | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)<br>New Haven | Case type code (See list on page 2)<br>Major: T    Minor: 90 |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| John R. Williams, 51 Elm Street, New Haven, CT 06510 | 067962 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (203) 562-9931 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [X] Yes  [ ] No | Email address for delivery of papers under Section 10-13 (if agreed to)<br>jrw@johnrwilliams.com |
|---|---|---|

Number of Plaintiffs: 1     Number of Defendants: 1     [ ] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Karagozian, Ohan<br>Address: 62 Asylum Street, New Haven, CT 06519 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Sam's East, Inc.<br>Address: c/o C T Corporation System, One Corporate Center, Hartford, CT 06103-3220 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

ATTEST: A TRUE COPY
RONALD J. PERONE
CONSTABLE

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | [X] Commissioner of the Superior Court<br>[ ] Assistant Clerk | Name of Person Signing at Left<br>John R. Williams | Date signed<br>11/26/2014 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
Michael Fusco, 51 Elm Street, New Haven, CT 06510

| Signed (Official taking recognizance; "X" proper box) | [X] Commissioner of the Superior Court<br>[ ] Assistant Clerk | Date<br>11/26/2014 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN:   DECEMBER 30, 2014

| | | |
|---|---|---|
| OHAN KARAGOZIAN | : | SUPERIOR COURT |
| VS. | : | J. D. OF NEW HAVEN |
| SAM'S EAST, INC. | : | NOVEMBER 26, 2014 |

## C O M P L A I N T

### COUNT ONE

1. This is an action pursuant to the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. §§ 46a-60, *et seq.*

2. The plaintiff has complied with all of the procedural prerequisites to suit under the statutes aforementioned, having filed a timely complaint with the Connecticut Commission on Human Rights and Opportunities and having received a Release of Jurisdiction issued on September 11, 2014.

3. The plaintiff is an adult male citizen of the United States who resides in New Haven, Connecticut. He was born in Bulgaria of Armenian parents on January 26, 1961.

4. The defendant is an Arkansas stock corporation which is registered with the Connecticut Secretary of State. It operates stores throughout the United States and the State of Connecticut at which, among other things, optical services and products are sold. Among its stores is Club No. 6442, located at 2 Boston Post Road, Orange, Connecticut 06477.

5. The plaintiff became a licensed optician in June of 2012. He worked as an Apprentice Optician at Lenscrafters in 2010, 2011 and 2012. He worked as a Licensed Optician in 2012 and 2013 at Sears Optical.

6. In 1989, the plaintiff was convicted of a nonviolent drug-related felony. He has not committed any misdemeanor or felony since then.

7. In March of 2013 the plaintiff learned of a part-time job opening for the position of an optician at the defendant's aforesaid Club No. 6442. He telephoned Steve Canada, the Optical Manager of Club No. 6442 and was told to apply online for the position.

8. The plaintiff applied for the said position on or about March 6, 2013.

9. The plaintiff thereafter was interviewed for the position by Steve Canada and by Store Manager Frank Engel.

10. The plaintiff was required to disclose in writing any and all prior criminal convictions. However, the defendant's online application form requested only the disclosure of felony convictions within the previous seven (7) years. The plaintiff truthfully disclosed in writing his aforesaid 1989 drug conviction.

11. On March 14, 2013, through Store Manager Frank Engel, the defendant offered the plaintiff a part-time Optician position at Club No. 6442 at $24.80 per hour.

12. The plaintiff thereafter took and passed a drug screening.

13. The defendant thereafter conducted a background check in which the

defendant sought information only concerning criminal convictions from 2006 and later. The plaintiff passed that check.

14. On March 27, 2013, by letter, the defendant "cancel[ed]/rescind[ed]" its offer of employment to the plaintiff upon the alleged basis of "information provided...in a Consumer Report or investigative Consumer Report (background report)."

15. In response to the said letter, the plaintiff telephoned the number listed thereon and inquired further, and was told that he was disqualified because of his 1989 felony conviction.

16. On May 18, 2013, the defendant filled the position, which it had offered to the plaintiff, with a 43-year-old Hispanic female.

17. As a result, the plaintiff has suffered economic loss and emotional distress.

18. In the manner described above, the defendant discriminated against the plaintiff in employment because of his sex, in violation of the Connecticut Fair Employment Practices Act.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees, costs and such equitable relief as this court shall consider to be fair.

## COUNT TWO

1 - 17.  Paragraphs 1 through 17 of Count One are hereby made Paragraphs 1 through 17, respectively, of Count Two.

18.  In the manner described above, the defendant discriminated against the plaintiff in employment because of his age, in violation of the Connecticut Fair Employment Practices Act.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees, costs and such equitable relief as this court shall consider to be fair.

## COUNT THREE

1 - 17.  Paragraphs 1 through 17 of Count One are hereby made Paragraphs 1 through 17, respectively, of Count Three.

18.  In the manner described above, the defendant discriminated against the plaintiff in employment because of his national origin, in violation of the Connecticut Fair Employment Practices Act.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees, costs and such equitable relief as this court shall consider to be fair.

THE PLAINTIFF

BY /s/ John R. Williams
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

ATTEST:
A TRUE COPY

RONALD J. PERONE
CONSTABLE

RETURN:   DECEMBER 30, 2014

| | | |
|---|---|---|
| OHAN KARAGOZIAN | : | SUPERIOR COURT |
| VS. | : | J. D. OF NEW HAVEN |
| SAM'S EAST, INC. | : | NOVEMBER 26, 2014 |

## PRAYER FOR RELIEF

The plaintiff claims judgment in an amount greater than fifteen thousand dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF

BY: *(signature)*
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

ATTEST:
A TRUE COPY

*(signature)*
RONALD J. PERONE
CONSTABLE